# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

139581

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

BANK ONE NATIONAL ASSOCIATION,
        Plaintiff-Appellee,

v

FRANK A. VENTIMIGLIO, BRANDA M.
VENTIMIGLIO, and PARAMOUNT BANK,
        Defendants/Third Party
        Plaintiffs-Appellants,

and

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.,
        Defendant-Appellant,

and

DIANE MAGNOLI and MICHAEL A.
MAGNOLI,
        Third Party Defendants.
_____/

SC: 139581
COA: 283824
Macomb CC: 2006-003118-CH

        On order of the Court, the application for leave to appeal the June 4, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

s1116

Clerk